# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   14-43425 |
| Mark Horne | ) | |
| Debtors | ) | Chapter:   Chapter 13 |
| | ) | |
| | ) | Judge:   Jack B. Schmetterer |

## NOTICE OF MOTION

**To:**   Mark Horne, 1147 E. 161st Pl., South Holland, IL 60473

Tom Vaughn, 55 E. Monroe St., #3850, Chicago, IL 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **2/8/2017 at 9:30 am** I shall appear before the Honorable Judge **Jack B. Schmetterer** at 219 S. Dearborn St., Courtroom 682, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN and MOTION TO SHORTEN NOTICE**, a copy of which is attached hereto.

**By:** /s/ Ryan S. Fojo
Ryan S. Fojo

## CERTIFICATE OF SERVICE

I, Ryan S. Fojo, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 2/2/2017.

**By:** /s/Ryan S. Fojo
Ryan S. Fojo

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):  877.247.1960

American Heartland Insurance
Bankruptcy Dept.
2118 23rd St.
Columbus NE 68602

BK OF AMER
Attn: Bankruptcy Dept.
1800 Tapo Canyon Rd
Simi Valley CA 93063

Clerk, Chancery
Bankruptcy Dept.
50 W. Washington St., Room 802
Chicago IL 60602

Pierce & Associates
Bankruptcy Dept.
1 N. Dearborn St. #1300
Chicago IL 60602

Capital One
Attn: Bankruptcy Dept.
Po Box 85520
Richmond VA 23285

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Freedman Anselmo Lindberg LLC
Bankruptcy Dept.
1771 West Diehl Rd.
Naperville IL 60563

CHASE
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

Chase BANK USA N.A.
C/O Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123

Chase-Bp
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

City of Chicago Bureau Parking
Department of Revenue
PO Box 88292
Chicago IL 60680

Arnold Scott Harris, PC
Bankruptcy Dept.
222 Merchandise Mart, #1932
Chicago IL 60654

Comcast
C/O Convergent Outsourcing
800 Sw 39Th St
Renton WA 98057

Equable Ascent Financial LLC
Bankruptcy Department
PO Box 701
Chesterfield MO 63006

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Blatt, Hasenmiller, Leibsker
Bankruptcy Dept.
125 S. Wacker Dr. Suite 400
Chicago IL 60606

Foster Park Currency Exchange, Inc.
c/o Mages & Price LLC
707 Lake Cook Rd., Ste 314
Des Plaines IL 60016

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Mages & Price
Bankruptcy Dept.
707 Lake Cook Rd., Ste. 314
Deerfield IL 60015

GE Money BANK
C/O Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123

HSBC BANK Nevada N.A. Harlem
C/O LVNV Funding LLC
Po Box 10497
Greenville SC 29603

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

HSBC/RS
Attn: Bankruptcy Dept.
Po Box 9
Buffalo NY 14240

Illinois Department of Revenue
Bankruptcy Department
PO Box 64338
Chicago IL 60664-0338

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

IRS Non-Priority
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Midwest Trailer Repair, Inc.
Bankruptcy Dept.
1900 W. 43rd St.
Chicago IL 60609

Phillip R Sauer LLC
Bankruptcy Department3 Golf
Center Ste 353
Hoffman Estates IL 60169

Brown& Joseph
Bankruptcy DepartmentPO Box 59838
Schaumburg IL 60159

Radio/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

Santander Consumer USA
Attn: Bankruptcy Dept.
Po Box 961245
Ft Worth TX 76161

Sears/CBNA
C/o LVNV Funding
PO Box 10497
Greenville SC 29603

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Blatt, Hasenmiller, Leibsker
Bankruptcy Dept.
125 S. Wacker Dr. Suite 400
Chicago IL 60606

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

Syncb/JCP
Attn: Bankruptcy Dept.
Po Box 965007
Orlando FL 32896

Village of South Holland
Bankruptcy Department
16226 Wausau Ave.
South Holland IL 60473

MCSI
Bankruptcy Dept.
PO Box 327
Palos Heights IL 60463

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 14-43425 |
| --- | --- | --- | --- |
| Mark Horne | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jack B. Schmetterer |

### MOTION TO MODIFY CONFIRMED PLAN and MOTION TO SHORTEN NOTICE

NOW COMES the Debtor, Mr. Mark Horne (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN and MOTION TO SHORTEN NOTICE,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 12/04/2014.

3. The Debtor's plan is confirmed.

4. The Debtor fell behind in his monthly plan payments while helping take care of his sick brother. Debtor ultimately had to pay for his brother's funeral expenses.

5. Debtor could not pay for the care of his brother, the ultimate funeral costs and his monthly plan payments.

6. Debtor was still catching up with his monthly bills when his previous motion to modify his plan was denied for lack of a good faith payments. Debtor has since brought a payment of $1,160.00 to his attorney's offices.

7. Debtor cannot cure the default at this time but can resume making his monthly plan payments.

8. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer the existing default through January 2017 to the end of the plan term.

9. The Debtor's plan will not run more than the allotted 60 months. .

10. Debtor requests notice be shortened to 6 days, so that Debtor's motion to modify his confirmed plan can be heard along with the Debtor's motion to vacate the order of dismissal.

WHEREFORE THE DEBTOR, Mr. Mark Horne, respectfully requests this Honorable Court enter an order:

1. Deferring the existing default through January 2017 to the end of the plan term, and

2. Any other relief the court deems proper.

**By:** ___/s/ Ryan S. Fojo___
Ryan S. Fojo

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960