UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-43425 |
| | ) | |
| Mark Horne | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN and MOTION TO SHORTEN NOTICE**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN and MOTION TO SHORTEN NOTICE, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED as follows:

1. The motion is granted.
2. The existing default through February 2017 is deferred to the end of the plan term.
3. Nothing in this Order shall require Trustee to perform any collections pursuant to any prior plan.
4. Notice is shortened to 6 days.

Enter:  *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  February 15, 2017

**Prepared by:**

Ryan S. Fojo
Geraci Law L.L.C
55 East Monroe Street, #3400
Chicago, IL 60603
Ph: 312.332.1800
Fax: 877.247.1960